IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DON MURRAY**,                                                                    No. 3:10-847-SU

        Plaintiff,                                                          OPINION AND ORDER

    v.

**JEFFERY THOMAS**,

        Defendant.

**MOSMAN, J.**,

On December 22, 2010, Magistrate Judge Sullivan issued a Findings and Recommendation

("F&R") (#10) in the above-captioned case recommending that Don Murray's Petition for Writ of Habeas

Corpus should be denied without prejudice.  Mr. Murray did not file objections.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file

written objections.  The court is not bound by the recommendations of the magistrate judge, but retains

responsibility for making the final determination.  The court is generally required to make a de novo

determination regarding those portions of the report or specified findings or recommendation as to which

an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the court is not required to review, de novo or

under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of

the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am

required to review the F&R depends on whether or not objections have been filed, in either case, I am free

to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation, and I ADOPT the F&R (#10) as my

own opinion.

IT IS SO ORDERED.

DATED this   21st   day of January, 2011.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court